UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER RODRIGUEZ,
an Individual,

    Plaintiff,

vs.                                          Case No. 8:16-cv-742-T-27JSS

NAVIENT SOLUTIONS, INC. and
DOES 1 to 10, inclusive,

    Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the Stipulation of Dismissal Without Prejudice (Dkt. 8) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Upon consideration, it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** without prejudice, each party to bear their own costs and attorneys' fees. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 1st day of August, 2016.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Counsel of Record